UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JODY L. SANTOS,<br><br>                      Plaintiff,<br><br>      -against-<br><br>QUAKER OAT PESTICIDE,<br><br>                     Defendant. | 24cv5396 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 26, 2024, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   January 6, 2025
             New York, New York

                                                                   /s/ Laura Taylor Swain
                                                                  LAURA TAYLOR SWAIN
                                                 Chief United States District Judge